United States District Court
Southern District of Texas
**ENTERED**
April 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BARON GERON YATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:23-CV-00426 |
| | § | |
| **ED GONZALES,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On February 8, 2023, the Clerk's Office issued a Notice of Deficient Pleading directing the plaintiff, Baron Geron Yates, to file a certified statement showing all transactions in his inmate trust account for the past six months in support of his motion for leave to proceed *in forma pauperis*. The Notice advised Yates that failure to comply within 30 days could result in dismissal of this case for failure to prosecute (Dkt. No. 4). Yates has not yet complied with the Notice of Deficient Pleading.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Berry v. CIGNA/RSI–CIGNA,* 975 F.2d 1188, 1190 (5th Cir. 1992). "This authority is based on the courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases.'" *Id.* at 1190–91 (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962)).

Yates's failure to comply with the Notice of Deficient Pleading forces the Court to conclude that he lacks diligence in prosecuting this action. Therefore, under the Court's inherent power to manage its docket, this case is dismissed for want of prosecution. Yates

is advised that he may obtain relief from this order under Federal Rule of Civil Procedure 60(b) if he makes a proper showing. Accordingly, it is ordered that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

It is SO ORDERED.

Signed on April 7., 2023

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE